IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMIAH TEVEBAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INDIANAPOLIS-MARION COUNTY, Acting by and through its Office of Voter Registration, the MARION COUNTY AGRICULTURAL FAIR ASSOCIATION, and CINDY MOWERY, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

Cause No. 1:23-CV-121

# **C O M P L A I N T**

Plaintiff Jeremiah Tevebaugh, by counsel, respectfully makes the following Complaint for Damages:

### Nature of Case

1. This lawsuit seeks redress from a government official who sexually harassed him in the workplace in violation of the Fourteenth Amendment.

### Jurisdiction

2. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 to redress Defendants' violations of their rights under the Fourteenth Amendment to the U.S. Constitution. This Court has

Case 1:23-cv-00121-MPB-TAB    Document 1    Filed 01/20/23    Page 2 of 7 PageID #: 2

      original subject matter jurisdiction of the federal questions presented pursuant to 28 U.S.C. § 1331 and § 1343.

3. This Court has supplemental jurisdiction over the pendant state-law claims pursuant to 28 U.S.C. § 1367 because they form the same case or controversy as the federal claims.

4. Venue is proper in the Indianapolis Division because the Defendants reside in this division and the events complained of occurred in this division.

## Parties

5. Jeremiah Tevebaugh is an adult citizen of the United States currently residing in Howard County, Indiana.

6. Indianapolis-Marion County is a government unit located in Marion County. It acts through a statutorily created Office of Voter Registration.

7. The Marion County Agricultural Fair Association is a non-profit corporation organized under the laws of Indiana.

8. Cindy Mowery is an adult U.S. Citizen who resides in Marion County, Indiana. She is sued in her individual capacity.

## Factual Allegations

9. Jeremiah "Hoss" Tevebaugh ("Tevebaugh") was employed at the Marion County Office of Voter Registration ("OVR") from August 2020 to September 2022 as a Republican Deputy Clerk. His duties as Deputy Clerk were to assist members of the public to register to vote and to assist with the administration of elections in Marion County.

2

10. Tevebaugh was hired and supervised by Cindy Mowery ("Mowery"), the Republican Co-Director the Office of Voter Registration.

11. In the winter of 2021-2022 Mowery, who is female, began making romantic overtures to Tevebaugh, who is male.

12. The overtures included commenting on Tevebaugh's genitalia, downloading shirtless pictures of him from Facebook and discussing them with mutual acquaintances, and, describing Tevebaugh as a "friend with benefits."

13. Tevebaugh told Mowery that her advances made him uncomfortable and were not appropriate in a workplace setting.

14. Mowery persisted in making sexual advances, however, including invitations to meet her at her house, swim in her pool, and join her in a bath.

15. Mowery scheduled a vacation for the two of them in Seattle and told him that she expected him to wear the clothing she had purchased for him or the trip.

16. In this time period Tevebaugh was also employed by the Marion County Agricultural Fair Association (the "Fairgrounds") as its Executive Director.

17. Mowery was the President of the Fairgrounds' Board of Directors and Tevebaugh's direct supervisor.

18. In May 2022 Tevebaugh complained to members of the Fairgrounds' Board of Directors that Mowery was sexually harassing him but the Board took no action on his complaint.

19. Mowery's unwanted sexual advances continued and she even taunted him about his ineffectual complaint of sexual harassment.

20. Tevebaugh renewed his complaints of sexual harassment and on July 4, 2022 Tevebaugh met with Board Vice President Abdul Hakim-Shabazz ("Shabazz") and the Fairgrounds' attorney Jon Sturgil.

21. Mowery resigned from the Fairgrounds' Board of Directors on July 5, 2022.

22. Mowery remained the Republican Co-Director of the OVR, however, and on July 6, 2022 she terminated Tevebaugh's employment with Indianapolis-Marion County without explanation.

23. On July 7, 2022 Tevebaugh met with Adriana Burgos of the Indianapolis-Marion County Human Resources Department. Burgos informed him that Mowery had not followed any of the procedures needed to terminate an employee and that Human Resources did not recognize Tevebaugh's termination as legitimate and Burgos therefore reinstated him.

24. Tevebaugh informed Burgos of Mowery's sexual harassment of him and she requested an investigation of Tevebaugh's claims, which was conducted by the Taft Hollister law firm.

25. After Mowery's resignation as the Fairgrounds' President Abdul Hakim Shabazz assumed that role.

26. Tevebaugh informed Shabazz that while Mowery was President she misappropriated funds and the Fairgrounds made illegal campaign contributions.

27. The Fairgrounds receives money from Indianapolis-Marion County to conduct its signature event, the Marion County Fair.

28. Tevebaugh told Shabazz that under Mowery, the Fairgrounds employed political candidates or businesses owned by them as vendors and paid them exorbitant fees—in effect making political campaign contributions to them.

29. Tevebaugh told Shabazz on July 27, 2022 that this practice was illegal and that as the person issuing the checks and supervising the contracts, Tevebaugh feared he might be criminally liable.

30. As a result of his concerns Tevebaugh informed Shabazz that he would not sign any certifications required by Indianapolis-Marion County or the Indiana State Board of Accounts that funds appropriated for the Marion County Fair were expended in a lawful manner.

31. On August 11, 2022 Shabazz terminated Tevebaugh as the Fairgrounds' Executive Director.

32. Shabazz terminated Tevebaugh at the direction of Mowery and on the basis of information supplied by her.

33. In the weeks following his termination from the Fairgrounds, Tevebaugh communicated with various law enforcement officials about his concerns that Mowery misappropriated funds or directed the Fairgrounds to make illegal campaign contributions.

34. Tevebaugh met with investigators from the Indiana State Board of Accounts on October 11, 2022 to answer questions about the Fairgrounds' use of municipal funds. Tevebaugh left his office at OVR for one hour, telling Mowery that that would be his lunch hour.

35. When Tevebaugh returned to the OVR Mowery informed Tevebaugh that he had been terminated for attending an unauthorized meeting.

36. Mowery's acts and omissions occurred under color of Indiana law.

37. Tevebaugh has been damaged by the loss of his job and the humiliation of being sexually harassed.

## Legal Claims

38. The acts and omissions of Cindy Mowery constitute sex discrimination in violation of the Equal Protection Clause of the Fourteenth Amendment.

39. Mowery retaliated against Tevebaugh for complaining that she sexually harassed him.

40. Indianapolis-Marion County is liable for Mowery's acts and omissions because she is a policy-making official of the Office of Voter Registration.

41. Mowery's sexual harassment of Tevebaugh constitutes Intentional Infliction of Emotional Distress under Indiana law.

42. Mowery directed Tevebaugh's termination from the Fairgrounds due to Tevebaugh's refusal to perform illegal acts, which constitutes Wrongful Termination under Indiana law.

43. The Fairgrounds is vicariously liable for Mowery's torts under the principal of *respondeat superior.*

## Relief

44. Plaintiff seeks all available relief allowable by law, including punitive and compensatory damages, reinstatement, attorney's fees, and costs.

**WHEREFORE,** Plaintiff prays that the Court will enter judgment against Defendants and grant him all just and proper relief.

Respectfully submitted,

/s/ Jeffrey S. McQuary, 16791-49
TOMPKINS LAW
608 E. Market Street
Indianapolis, IN 46202
317/631-6866
jmcquary@tlawindy.com

Attorney for Plaintiff

45.