UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMIAH TEVEBAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00121-MPB-TAB |
| ) | |
| INDIANAPOLIS-MARION COUNTY Acting by ) | |
| and through its Office of Voter Registration, ) | |
| MARION COUNTY AGRICULTURAL FAIR ) | |
| ASSOCIATION, ) | |
| CINDY MOWERY, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendant Indianapolis-Marion County, acting by and through its Office of Voter Registration, Defendant Marion County Agricultural Fair Association, and Defendant Cindy Mowery and against Plaintiff Jeremiah Tevebaugh.

**IT IS SO ORDERED.**

Dated: October 11, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

John P. Lowrey
City of Indianapolis
john.lowrey@indy.gov

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@tlawindy.com

Alexander Phillip Will
Frost Brown Todd LLP
awill@fbtlaw.com

Heather L. Wilson
Frost Brown Todd LLC
hwilson@fbtlaw.com